# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 6, 2014

## NO. 03-13-00766-CV

**F. S. H., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
### AFFIRMED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the order signed by the trial court on October 30, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.